**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**SLEP-TONE ENTERTAINMENT CORP.,**

    **Plaintiff,**

vs.                                           **CASE NO. 5:11-cv-69/RS-EMT**

**ARTHUR ALLEN et al.,**

    **Defendants.**
_____/

## ORDER

In Response to my Order (Doc. 48), Plaintiff has represented (Doc. 50) that the following Defendants have operations or reside in districts outside of the Northern District:

| Defendant | Residence | District | Operations | District |
|---|---|---|---|---|
| Anthony Griffin | Unknown | | Pasco | MD |
| Robert T. Iavarone | Orange | MD | Orange | MD |
| Craig Boyd | Unknown | | Seminole | MD |
| Dan Spring | Orange | MD | Orange | MD |
| Big Lou, Inc. | Seminole | MD | Orange | MD |
| Anthony E. Rebello | Polk | MD | Orange | MD |
| Jaimi Putzke | Seminole | MD | Orange | MD |
| Matt Allen | Unknown | MD | Orange | MD |

Case 8:11-cv-01595-JSM-EAJ   Document 51   Filed 07/08/11   Page 2 of 3 PageID 407

| | | | | |
|---|---|---|---|---|
| Britannia Pubs, LLC | Orange | MD | Orange | MD |
| Tonejam, LLC | Orange | MD | Orange | MD |
| All Music Productions, LLC | Polk | MD | Orange | MD |
| Dan Lewis | Polk | MD | Unknown | |
| Lance G. Martin | Polk | MD | Orange | MD |
| Abraham F. Otto | Polk | MD | Unknown | MD |
| KMJ Entertainment Inc. | Seminole | MD | Orange | MD |
| Always Entertainment | Unknown | | Orange/Lake/Volusia/Polk | MD |
| Russell Holliday | Polk | MD | Unknown | |
| Melissa Desruisseaux | Polk | MD | | |
| Jonathan Hanson | Orange | MD | Orange | MD |
| Byron K. Sutton | Unknown | | Osceola | MD |
| Malcom Bonds | Osceola | MD | Osceola | MD |
| Sonny L. Schenck | Lee | MD | Lee | MD |
| Darlene Sala | Pasco | MD | Pasco | MD |
| Starz N Barz Karaoke | Hernando | MD | Hernando | MD |
| Dominique Griffin | Hernando | MD | Hernando | MD |
| Mathew Griffin | Hernando | MD | Hernando | MD |
| Rick Payne | Orange | MD | Orange | MD |
| Charles Casey Aston | Orange | MD | Orange/Volusia | MD |
| Karaoke With Bill & Jose | Unknown | | Orange | MD |

| William Mason | Orange | MD | Orange | MD |
| Jose Rodriguez | Unknown | | Orange | MD |
| Casey Burrough | Unknown | | Seminole | MD |

**IT IS ORDERED**:

The clerk is directed to transfer these Defendants to the appropriate district.

**ORDERED** on July 8, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**